WRIGHT, FINLAY & ZAK, LLP
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
ldragon@wrightlegal.net
*Attorney for Plaintiff, Wells Fargo Bank, N.A., As Trustee For The Pooling And Servicing Agreement Dated As Of August 1, 2005 Park Place Securities, Inc. Asset-Backed Pass-Through Certificates Series 2005-WHQ4*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE POOLING AND SERVICING AGREEMENT DATED AS OF AUGUST 1, 2005 PARK PLACE SECURITIES, INC. ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2005-WHQ4,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY and LAWYERS TITLE INSURANCE CORPORATION,<br><br>Defendants. | Case No.:   2:19-cv-01874-RFB-BNW<br><br>**JOINT STATUS REPORT and STIPULATION REGARDING COURT ORDER ON JOINT MOTION TO LIFT STAY [ECF No. 14].** |

Plaintiff, Wells Fargo Bank, N.A., As Trustee For The Pooling And Servicing Agreement Dated As Of August 1, 2005 Park Place Securities, Inc. Asset-Backed Pass-Through Certificates Series 2005-WHQ4 ("Wells Fargo") and Defendant Fidelity National Title Insurance Company ("Fidelity", collectively the "Parties"), by and through their undersigned counsel of record, hereby submit the following joint status report in response to this Court's Minute Order, dated October 14, 2020, directing the parties to file a Joint Motion to Lift Stay within 14 days from the disposition of the appeal in *Wells Fargo, N.A. v. Fid. Nat'l Title Ins. Co.,* Case No. 3:19-cv-00241-MMD-WGC (Ninth Circuit Case No. 19-17332) ("*Wells Fargo II*") [ECF No. 14].

. . .

1        On November 5, 2021, the Ninth Circuit issued its Memorandum Disposition in *Wells Fargo II*, vacating the order granting Fidelity's Motion to Dismiss and remanding the case for the court to determine whether leave to amend the complaint is appropriate. *See Wells Fargo Bank, N.A.. v. Fid. Nat'l Title Ins. Co.,* 2021 U.S. App. LEXIS 32975 (9th Cir. Nov. 5, 2021). Mandate has not yet issued.  It is not clear to Wells Fargo whether ECF No. 14 requires a joint motion from the date the *Wells Fargo II* decision was entered or the date of mandate.  In order to ensure compliance with the Court's minute order, the parties have stipulated and agree that any joint motion shall be due 14 days from the date mandate is issued in *Wells Fargo II*.

| | |
|---|---|
| DATED this 19th day of November, 2021. | DATED this 19th day of November, 2021. |
| **WRIGHT, FINLAY & ZAK, LLP** | **SINCLAIR BRAUN LLP** |
| */s/ Lindsay D. Dragon*<br>Lindsay D. Dragon, Esq.<br>Nevada Bar No. 13474<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorney for Plaintiff Wells Fargo Bank, N.A., As Trustee For The Pooling And Servicing Agreement Dated As Of August 1, 2005 Park Place Securities, Inc. Asset-Backed Pass-Through Certificates Series 2005-WHQ4* | */s/ Kevin S. Sinclair*<br>Kevin S. Sinclair, Esq.<br>Nevada Bar No. 12277<br>16501 Ventura Blvd, Suite 400<br>Encino, CA 91436<br>*Attorneys for Defendant, Fidelity National Title Insurance Company* |

**IT IS SO ORDERED.**

DATED  November 22 , 2021

_____
RICHARD E. BOULWARE, II
United States District Court