WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorney for Plaintiff, Wells Fargo Bank, N.A., As Trustee For The Pooling And Servicing Agreement Dated As Of August 1, 2005 Park Place Securities, Inc. Asset-Backed Pass-Through Certificates Series 2005-WHQ4*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE POOLING AND SERVICING AGREEMENT DATED AS OF AUGUST 1, 2005 PARK PLACE SECURITIES, INC. ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2005-WHQ4, <br><br> Plaintiff, <br><br> vs. <br><br> FIDELITY NATIONAL TITLE INSURANCE COMPANY and LAWYERS TITLE INSURANCE CORPORATION, <br><br> Defendants. | Case No.:   2:19-cv-01874-RFB-BNW <br><br> **JOINT STATUS REPORT** |

Plaintiff, Wells Fargo Bank, N.A., As Trustee For The Pooling And Servicing Agreement Dated As Of August 1, 2005 Park Place Securities, Inc. Asset-Backed Pass-Through Certificates Series 2005-WHQ4 and Defendants, Fidelity National Title Insurance Company And Lawyers Title Insurance Corporation (collectively referred to as the "Parties"), by and through their respective undersigned counsel, hereby submit this status report pursuant to the Court's Minute Order, filed on March 1, 2023 [ECF No. 32].

1    On February 27, 2023, the Parties filed their Notice of Settlement [ECF No. 31]. The
2  Court filed a Minute Order requiring the Parties to file dismissal documents or a status report by
3  April 28, 2023 addressing the status of the settlement [ECF No. 32]. The Parties need additional
4  time to finalize the terms of the settlement agreement. The Parties request an additional sixty (60)
5  days, through and including June 27, 2023, to file a stipulation to dismiss this action or another
6  joint status report advising the Court of the status of settlement.

7  DATED this 28th day of April, 2023.                DATED this 28th day of April, 2023.

8  WRIGHT, FINLAY & ZAK, LLP                         EARLY SULLIVAN WRIGHT
9                                                    GIZER & McRAE LLP

10  */s/ Lindsay D. Dragon*                           */s/ Sophia S. Lau*
11  Lindsay D. Dragon, Esq.                           Sophia S. Lau, Esq.
    Nevada Bar No. 13474                              Nevada Bar No. 13365
12  7785 W. Sahara Ave., Suite 200                    8716 Spanish Ridge Avenue, Suite 105
    Las Vegas, NV 89117                               Las Vegas, Nevada 89148
13  *Attorney for Plaintiff, Wells Fargo Bank,*       *Attorneys for Defendants, Fidelity National*
14  *N.A., As Trustee For The Pooling And*            *Title Insurance Company And Lawyers Title*
    *Servicing Agreement Dated As Of August 1,*       *Insurance Corporation*
15  *2005 Park Place Securities, Inc. Asset-*
    *Backed Pass-Through Certificates Series*
16  *2005-WHQ4*

17

18
                              **CERTIFICATE OF SERVICE**
19
           I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP and
20
    that service of the foregoing **JOINT STATUS REPORT** was made on the 28th day of April,
21
    2023, to all parties and counsel identified on the CM/ECF System via Electronic Notification.
22

23
                                    */s/ Faith Harris*
24  APPROVED:                        An Employee of WRIGHT, FINLAY & ZAK, LLP

25  DATED this  2nd day of May, 2023.

26

27

28  _____
    RICHARD F. BOULWARE, II
    United States District Judge