WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorney for Plaintiff, Wells Fargo Bank, N.A., As Trustee For The Pooling And Servicing Agreement Dated As Of August 1, 2005 Park Place Securities, Inc. Asset-Backed Pass-Through Certificates Series 2005-WHQ4*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE POOLING AND SERVICING AGREEMENT DATED AS OF AUGUST 1, 2005 PARK PLACE SECURITIES, INC. ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2005-WHQ4, <br><br> Plaintiff, <br> vs. <br><br> FIDELITY NATIONAL TITLE INSURANCE COMPANY and LAWYERS TITLE INSURANCE CORPORATION, <br><br> Defendants. | Case No.:  2:19-cv-01874-RFB-BNW <br><br> **STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE** |

PLEASE TAKE NOTICE that Plaintiff, Wells Fargo Bank, N.A., As Trustee For The Pooling And Servicing Agreement Dated As Of August 1, 2005 Park Place Securities, Inc. Asset-Backed Pass-Through Certificates Series 2005-WHQ4 and Defendants, Fidelity National Title Insurance Company and Lawyers Title Insurance Corporation (collectively referred to as the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

/ / /

/ / /

1       **IT IS HEREBY STIPULATED AND AGREED** that the Complaint is dismissed
2   WITH PREJUDICE, with each party to bear its own fees and costs.

3   DATED this 13th day of October, 2023.         DATED this 13th day of October, 2023.

4   WRIGHT, FINLAY & ZAK, LLP                      SINCLAIR BRAUN KARGHER LLP

6   */s/ Lindsay D. Dragon*                        */s/ Kevin S. Sinclair*
7   Lindsay D. Dragon, Esq.                        Kevin S. Sinclair, Esq.
    Nevada Bar No. 13474                           Nevada Bar No. 12277
8   7785 W. Sahara Ave., Suite 200                 15260 Ventura Blvd., Ste 715
    Las Vegas, NV 89117                            Sherman Oaks, California 91403
9   *Attorney for Plaintiff, Wells Fargo Bank,*    *Attorneys for Defendants, Fidelity National*
10  *N.A., As Trustee For The Pooling And*         *Title Insurance Company and Lawyers Title*
    *Servicing Agreement Dated As Of August 1,*    *Insurance Corporation*
11  *2005 Park Place Securities, Inc. Asset-*
    *Backed Pass-Through Certificates Series*
12  *2005-WHQ4*

16          **IT IS SO ORDERED.**

17          DATED: October 16, 2023         _____
18                                          **RICHARD F. BOULWARE, II**
                                            **UNITED STATES DISTRICT JUDGE**